**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1016**

_____

In Re: WILBUR P. HOLLAR; RUTH CAROL HOLLAR,

Debtors.

_____

WILBUR P. HOLLAR; RUTH CAROL HOLLAR,

Plaintiffs - Appellants,

versus

UNITED STATES OF AMERICA; INTERNAL REVENUE
SERVICE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. N. Carlton Tilley, Jr.,
District Judge. (CA-95-669-2)

_____

Submitted: July 25, 1996          Decided: August 7, 1996

_____

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wilbur P. Hollar, Ruth Carol Hollar, Appellants Pro Se.  Robert
William Metzler, Gary Dexter Gray, Gary R. Allen, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order affirming the bankruptcy court's order dismissing their adversary proceeding in which Appellants sought to quiet title to property and also sought a declaratory judgment as to their interest in the property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hollar v. United States</u>, No. CA-95-669-2 (M.D.N.C. Nov. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3